# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| NAOMI ARCURI,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>JENNIFER CORE,<br><br>　　　　Respondent(s). | No. ED CV 23-00145-JFW (DFM)<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

　　　　Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Judgment be entered granting Respondent's Motion to Dismiss and dismissing this action with prejudice because the Petition does not present a viable federal question.

Date: February 21, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　United States District Judge