JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| NAOMI ARCURI,<br><br>Petitioner,<br><br>v.<br><br>JENNIFER CORE,<br><br>Respondent(s). | No. ED CV 23-00145-JFW (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Respondent's Motion to Dismiss is granted and this action is dismissed with prejudice.

Date: February 21, 2024

JOHN F. WALTER
United States District Judge